UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| BHAVIN PATEL AND PINAL PATEL, | ) | |
| Plaintiffs, | ) | Civil Action No. 2:25-cv-00146-SCM |
| v. | ) | |
| KRISTI NOEM, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, et al., | ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

Plaintiffs Bhavin Patel and Pinal Patel filed a Complaint on September 24, 2025. [Dkt. 1]. After the Plaintiffs failed to timely serve the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure, this Court ordered the Plaintiffs to show cause why the action should not be dismissed. [Dkt. 6]. The Plaintiffs responded that they appeared pro se, were unaware of the requirements for serving process, and do not speak or understand English fluently, such that their failure was unintentional. [Dkt. 7 at 1]. They also reported that they sought legal advice on how to properly serve the Defendants, which they expected "to be completed promptly." [*Id.* at 2]. Accordingly, this Court gave the Plaintiffs additional time to effectuate service and ordered them to serve the Defendants by January 28, 2026, or else their Complaint would be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). [Dkt. 8]. That deadline has passed, and there is no indication that the Plaintiffs have served the Defendants, nor have the Plaintiffs asked for additional time or explained to the Court why good cause exists for their continued failure to serve the Defendants. The Court being sufficiently advised, it is hereby **ORDERED** as follows:

1) The Plaintiffs' Complaint, [Dkt. 1], is **DISMISSED WITHOUT PREJUDICE,** meaning that if they choose to do so, the Plaintiffs may refile their Complaint in compliance with the applicable rules.

2) This case shall be stricken from the active docket.

Signed this 19th day of February, 2026.

S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky